**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DORGINIA LUCAS-VICKS,**<br>**Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-1152** |
| **PAOLA EDINFIELD,**<br>**Defendant** | **SECTION: "E" (2)** |

**ORDER**

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation,[1] hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly,

**IT IS ORDERED** that Plaintiff Dorginia Lucas-Vicks's § 1983 claim is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. 1915(e)(2)(B) for being legally frivolous.

**IT IS FURTHER ORDERED** that Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction and/or pursuant to 28 U.S.C. § 1367(c)(3).

**New Orleans, Louisiana, this 14th day of August, 2026.**

Susie Morgan

**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 6.